FILED
~~RELIEF~~ ORDERED
2018 NOV -5 PM 1: 44
CLERK US BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON



**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

_____ District of _____

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

---

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** | | |
| Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | Thomas _____ First name | _____ First name |
| | Patrick _____ Middle name | _____ Middle name |
| Bring your picture identification to your meeting with the trustee. | Wilcoxon _____ Last name | _____ Last name |
| | _____ Suffix (Sr., Jr., II, III) | _____ Suffix (Sr., Jr., II, III) |

| | | |
|---|---|---|
| **2. All other names you have used in the last 8 years** | _____ First name | _____ First name |
| Include your married or maiden names. | _____ Middle name | _____ Middle name |
| | _____ Last name | _____ Last name |
| | _____ First name | _____ First name |
| | _____ Middle name | _____ Middle name |
| | _____ Last name | _____ Last name |

| | | |
|---|---|---|
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 6 9 0 7 <br> OR <br> 9 xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___ <br> OR <br> 9 xx – xx – ___ ___ ___ ___ |

---

Debtor 1    _Thomas Patrick Wilcoxon_      Case number (if known)_____

First Name    Middle Name    Last Name

|  | About Debtor 1: | About Debtor 2 (Spouse Only In a Joint Case): |
|---|---|---|
| **4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** <br> Include trade names and *doing business as* names | ☑ I have not used any business names or EINs. <br><br> _____ <br> Business name <br><br> _____ <br> Business name <br><br> EIN __ __ – __ __ __ __ __ __ __ <br><br> EIN __ __ – __ __ __ __ __ __ __ | ☐ I have not used any business names or EINs. <br><br> _____ <br> Business name <br><br> _____ <br> Business name <br><br> EIN __ __ – __ __ __ __ __ __ __ <br><br> EIN __ __ – __ __ __ __ __ __ __ |

| | | |
|---|---|---|
| **5.** **Where you live** | | **If Debtor 2 lives at a different address:** |
| | 3895 34th St NE <br> Number    Street | _____ <br> Number    Street |
| | Canton     Oh   44705 <br> City          State   ZIP Code | _____ <br> City          State   ZIP Code |
| | Stark <br> County | _____ <br> County |
| | **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| | _____ <br> Number    Street <br><br> _____ <br> P.O. Box <br><br> _____ <br> City          State   ZIP Code | _____ <br> Number    Street <br><br> _____ <br> P.O. Box <br><br> _____ <br> City          State   ZIP Code |

| | | |
|---|---|---|
| **6.** **Why you are choosing *this district* to file for bankruptcy** | *Check one:* <br><br> ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) <br><br> _____ <br> _____ <br> _____ | *Check one:* <br><br> ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) <br><br> _____ <br> _____ <br> _____ |

Debtor 1 _Thomas Patrick Wilcoxon_
First Name    Middle Name    Last Name

Case number _(if known)_____

---

7. **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

☑ Chapter 13

8. **How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☑ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

9. **Have you filed for bankruptcy within the last 8 years?**

☐ No

☑ Yes.  District _Stark OH_  When _11/17/2017_  Case number _17-62623_
                                    MM / DD / YYYY

          District _____  When _____  Case number _____
                                    MM / DD / YYYY

          District _____  When _____  Case number _____
                                    MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.  Debtor _____  Relationship to you _____

          District _____  When _____  Case number, if known_____
                                    MM / DD / YYYY

          Debtor _____  Relationship to you _____

          District _____  When _____  Case number, if known_____
                                    MM / DD / YYYY

11. **Do you rent your residence?**

☑ No.  Go to line 12.

☐ Yes.  Has your landlord obtained an eviction judgment against you?


          ☐ No. Go to line 12.

          ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

18-62228-rk   Doc 1   FILED 11/05/18   ENTERED 11/05/18 13:51:06   Page 3 of 23

## Part 3:  Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number      Street

_____

_____
City                          State      ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4:  Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.  What is the hazard?   _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
Number      Street

_____

_____
City                          State      ZIP Code

Debtor 1 _Thomas Dedrick Wilcoxon_

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  Thomas Redrick Wilcoxon
First Name  Middle Name  Last Name

Case number (if known)_____

---

16. **What kind of debts do you have?**

    16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    ☐ No. Go to line 16b.
    ☑ Yes. Go to line 17.

    16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

    ☑ No. Go to line 16c.
    ☐ Yes. Go to line 17.

    16c. State the type of debts you owe that are not consumer debts or business debts.

    _____

17. **Are you filing under Chapter 7?**

    ☑ No. I am not filing under Chapter 7. Go to line 18.

    **Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

    ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

    ☐ No
    ☐ Yes

18. **How many creditors do you estimate that you owe?**

    ☑ 1-49
    ☐ 50-99
    ☐ 100-199
    ☐ 200-999
    ☐ 1,000-5,000
    ☐ 5,001-10,000
    ☐ 10,001-25,000
    ☑ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

19. **How much do you estimate your assets to be worth?**

    ☐ $0-$50,000
    ☑ $50,001-$100,000
    ☐ $100,001-$500,000
    ☐ $500,001-$1 million
    ☐ $1,000,001-$10 million
    ☐ $10,000,001-$50 million
    ☐ $50,000,001-$100 million
    ☐ $100,000,001-$500 million
    ☐ $500,000,001-$1 billion
    ☐ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

20. **How much do you estimate your liabilities to be?**

    ☑ $0-$50,000
    ☐ $50,001-$100,000
    ☐ $100,001-$500,000
    ☐ $500,001-$1 million
    ☐ $1,000,001-$10 million
    ☐ $10,000,001-$50 million
    ☐ $50,000,001-$100 million
    ☐ $100,000,001-$500 million
    ☐ $500,000,001-$1 billion
    ☐ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

---

**Part 7:** **Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _Thomas Wilcoxon_____     ✗ _____
Signature of Debtor 1                    Signature of Debtor 2

Executed on  11 / 5 / 2018              Executed on  _____
           MM / DD / YYYY                           MM / DD / YYYY

---

Debtor 1 _Thomas Patrick Wilcoxon_

First Name    Middle Name    Last Name

Case number (if known)_____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✖ _____    Date _____

Signature of Attorney for Debtor                      MM   /   DD  / YYYY

_____

Printed name

_____

Firm name

_____

Number    Street

_____

_____

City                          State      ZIP Code

Contact phone _____    Email address _____

_____

Bar number                      State

Debtor 1 _Thomas Rodrick Wilcoxon_     Case number (if known) _____

First Name   Middle Name   Last Name

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☑ No
☐ Yes. Name of Person_____.
Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

✗ _Thomas Wilcoxon_              ✗ _____
Signature of Debtor 1                 Signature of Debtor 2

Date __11/5/2018__                  Date _____
     MM / DD / YYYY                      MM / DD / YYYY

Contact phone __330-880-1563__       Contact phone _____

Cell phone __330-880-1563__          Cell phone _____

Email address __ThomasWilcoxon180.__   Email address _____
               __gmail.com__

Jeffrey L. Koberg
Attorney at Law
25651 Detroit Rd
Westlake, OH 44145


John F Anthony II Esq
Stark County Prosecutor's Office
110 Central Plaza S
Canton, OH 44702


LoanMax
2361 Columbus Rd NE
Canton, OH 44705


Mercy Medical Center
PO Box 951082
Cleveland, OH 44193


Montrose Lincoln Mercury
3960 Medina Rd
Akron, OH 44333


Ohio Bureau of Motor Vehicles
Attn:  Revenue Management
PO Box 16521
Columbus, OH 43216


Ohio Bureau of Motor Vehicles
1970 W. Broad St
Columbus, OH 43216


Portfolio Recovery Associates
PO Box 12914
Norfolk, VA 23541


Speedy Cash
PO Box 780408
Wichita, KS 67278


Stark County Treasurer
110 Central Plaza S, Suite 250
Canton, OH 44702

Alfred McCallin
Attorney at Law
116 Cleveland Ave NW #500
Canton, OH 44702


American Electric Power
PO Box 24404
Canton, OH 44701


Aultman Hospital
PO Box 80868
Canton, OH 44708


Aultman Physicians Center
PO Box 80690
Canton, OH 44708


Capital One
PO Box 6492
Carol Stream, IL 60197


Clerk-Canton Municipal Court
c/o CBSC Inc
PO Box 2818
North Canton, OH 44720


CSE Federal Credit Union
1380 Market Ave N
Canton, OH 44714


Directv
PO Box 60197
Carol Stream, IL 60197


Eagle Loan Co of Ohio
1901 Whipple Ave NW
Canton, OH 44708


Fifth Third Bank
PO Box 740789
Cincinnati, OH 45274


Glenbeigh Business Office
PO Box 74060
Cleveland, OH 44194

Time Warner Cable/Spectrum
PO Box 0901
Carol Stream, IL 60132


William W. Emley Sr
Attorney at Law
4518 Fulton Rd NW
Canton, OH 44735


Zoca Loans
27565 Research Pk Dr
Mission, SD 57555


Dominion energy ohio
p.o.box 26785
richmond,VA 23261-6785


CANTON CITY UTILITIES
PO BOX 9955
CANTON OH 44711-0955

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION



# ATTENTION
## ALL DEBTORS FILING BANKRUPTCY WITHOUT AN ATTORNEY

Did you pay someone to help you prepare your bankruptcy petition and schedules? If so, please be aware of the following:

1.  By law, the person who offered to help you is only permitted to provide you with very limited services such as:

    - giving you copies of blank bankruptcy forms;
    - telling you where the bankruptcy court is located, its hours of operation and how much it costs to file for bankruptcy;
    - typing on your petition and schedules information that you have handwritten on those forms; and
    - making copies of your completed bankruptcy petition and schedules.

2.  By law, the person who offered to help you must do ALL of the following:

    - sign your bankruptcy petition;
    - print his / her name and address on your bankruptcy petition;
    - place on your bankruptcy petition an identifying number (*i.e.* his / her social security number) to identify the individual who prepared the document; and
    - file a declaration stating any fees received.

3.  Whether or not someone helped you to prepare your bankruptcy petition and schedules, YOU ARE PERSONALLY RESPONSIBLE for the accuracy and completeness of all the information provided.

    > For example, if you are filing bankruptcy to stop a foreclosure sale of your home, all of your debts - and not just the debt to the mortgage company - must be listed in your schedules.

4.  If you fail to completely and accurately list all required information, you jeopardize your chance to receive a bankruptcy discharge and you could ultimately have criminal charges filed against you. *If the information on your bankruptcy petition and schedules is not complete and accurate, you must amend those documents prior to filing or as soon as possible thereafter.*

[PLEASE COMPLETE THE INFORMATION ON THE FOLLOWING PAGE]

NAME of DEBTOR(S): _____

Did you pay someone to help you prepare your bankruptcy petition and schedules? _____NO_____

    If so, what is that person's name? _____

    What is the person's address and phone number? _____

                                               _____

                                               _____

                         Website address? _____

                         Email address? _____

How much did you pay for the help provided?     $ _____

_____          11/5/2018
Please sign your name here               Date

_____          11/5/2018
Please sign your name here               Date

A copy of this completed form will be placed in your bankruptcy file and
may be provided to the trustee administering your bankruptcy case
and / or the United States Trustee.

**YOU SHOULD KEEP A COPY OF THIS FORM FOR YOUR RECORDS.**

❖ ❖ ❖ ❖ ❖ ❖ ❖ ❖ ❖ ❖ ❖ ❖ ❖ ❖ ❖

For Internal Use Only:

(1) Was there adequate BPP disclosure on the petition? _____ YES _____ NO

(2) Did debtor(s) pay filing fees in full? _____ YES _____ NO

If you answer "no" to either question please
send this form to the Judge for review.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**CANTON DIVISION**
Ralph Regula U.S. Courthouse
401 McKinley Avenue S.W.
Canton, OH  44702

Judge Russ Kendig

Teresa D. Underwood, Clerk of Court

---

## NOTICE TO DEBTORS AND CREDITORS NOT REPRESENTED BY AN ATTORNEY

### General Issues

While an individual person or a husband and wife may file a bankruptcy petition without being represented by an attorney, the clerk's office is unable to give legal advice concerning your case.  While an individual creditor may participate in a case without being represented by an attorney, the clerk's office is unable to give legal advice to creditors concerning a case.

You are entitled to the same treatment as parties represented by attorneys.  Attorneys are expected to know what to do and how to do it.  The clerk's office and court cannot tell them and cannot tell you.  Attorneys who fail to follow the proper procedures have their requests disregarded or denied.  You will be treated with the same standard, no better and no worse.

The court will not consider letters.  Any request is by motion or adversary proceeding, either of which must be filed and served on appropriate parties and some of which require filing fees.  If filed and served appropriately, the court will consider your motion based upon your stated legal grounds.  The court cannot consider what you should have done or what you "really meant."  You may or may not be entitled to a hearing depending upon what you file.

### Meeting of Creditors

Approximately three weeks after debtors file a bankruptcy petition, debtors and creditors receive a copy of a notice for the meeting of creditors from the clerk's office.  The meeting of creditors is an opportunity for the trustee and any creditors who appear to ask questions regarding financial affairs.  **Debtors must appear at this meeting.  If a husband and wife file a joint petition, they both must appear**.  If you are a debtor and have a problem with appearing at this meeting, contact your trustee.  This meeting is set by the United States Trustee, not by the bankruptcy court.  Therefore, do not file requests to continue or change

(See continued text on following page)

the date of the meeting with the court. *FAILURE TO APPEAR AT THE MEETING OF CREDITORS SHALL RESULT IN YOUR CASE BEING DISMISSED.*

### Change of Address

Debtors and creditors must notify the clerk's office in writing of any mailing address change. Debtors also need to notify the trustee. Failure to do so may result in legal action being taken without notice. When sending anything to the court, include your name and the bankruptcy case number.

### Case Name and Number

When filing any papers with the court, the case name must be in the upper left hand corner and the bankruptcy case number must be in the upper right hand corner.

### Communications with the Court

If you are having a problem, it is NOT possible to communicate in person or by telephone with the bankruptcy judge. If you need to seek any relief from the court, you must file a written motion specifying the relief you seek. The matter may be set for hearing before the judge. The clerk's office cannot assist you with any problems you might have with any of your creditors. This office cannot act on your behalf in any dispute you might have with a creditor.

### Legal Advice

*THE CLERK'S OFFICE MAY NOT GIVE YOU LEGAL ADVICE.* Any questions as to what should be done, how it should be done, or when it should be done constitute legal advice. The bankruptcy code and rules are available at many libraries and websites free of charge. The local bankruptcy rules are available to copy in the clerk's office or at www.ohnb.uscourts.gov. The local rules only supplement the code and rules. If you have any legal questions concerning your bankruptcy case or your legal rights, you will need to consult an attorney. The Stark County Bar Association has a Lawyer Referral Service. Call 330-453-0686 for information about consulting an attorney.

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

☒ You are an individual filing for bankruptcy, and

☒ Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

☒ Chapter 7 — Liquidation

☒ Chapter 11— Reorganization

☒ Chapter 12— Voluntary repayment plan for family farmers or fishermen

☒ Chapter 13— Voluntary repayment plan for individuals with regular income

You should have an attorney review your decision to file for bankruptcy and the choice of chapter.

## Chapter 7:    Liquidation

|   |   |   |
|---|---|---|
|   | $245 | filing fee |
|   | $75 | administrative fee |
| + | $15 | trustee surcharge |
|   | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

☒ most taxes;

☒ most student loans;

☒ domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code
requires that you promptly file detailed information
about your creditors, assets, liabilities, income,
expenses and general financial condition. The
court may dismiss your bankruptcy case if you do
not file this information within the deadlines set by
the Bankruptcy Code, the Bankruptcy Rules, and
the local rules of the court.

For more information about the documents and
their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_form
s.html#procedure.

A married couple may file a bankruptcy case
together—called a *joint case*. If you file a joint
case and each spouse lists the same mailing
address on the bankruptcy petition, the
bankruptcy court generally will mail you and
your spouse one copy of each notice, unless
you file a statement with the court asking that
each spouse receive separate copies.

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal
  assets or make a false oath or statement
  under penalty of perjury—either orally or
  in writing—in connection with a
  bankruptcy case, you may be fined,
  imprisoned, or both.

- All information you supply in connection
  with a bankruptcy case is subject to
  examination by the Attorney General acting
  through the Office of the U.S. Trustee, the
  Office of the U.S. Attorney, and other
  offices and employees of the U.S.
  Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the
mailing address you list on *Voluntary Petition
for Individuals Filing for Bankruptcy* (Official
Form 101). To ensure that you receive
information about your case, Bankruptcy
Rule 4002 requires that you notify the court of
any changes in your address.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a
credit counseling briefing from an approved
credit counseling agency. 11 U.S.C. § 109(h).
If you are filing a joint case, both spouses must
receive the briefing. With limited exceptions,
you must receive it within the 180 days *before*
you file your bankruptcy petition. This briefing
is usually conducted by telephone or on the
Internet.

In addition, after filing a bankruptcy case, you
generally must complete a financial
management instructional course before you
can receive a discharge. If you are filing a joint
case, both spouses must complete the course.

You can obtain the list of agencies approved to
provide both the briefing and the instructional
course from:
http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:
http://www.uscourts.gov/FederalCourts/Bankruptcy/
BankruptcyResources/ApprovedCredit
AndDebtCounselors.aspx.

If you do not have access to a computer, the
clerk of the bankruptcy court may be able to
help you obtain the list.

# Filing Requirements

The following filing requirements apply to any person or entity wishing to file a document with this Court.

**Latest Revision: September 22, 2014**

Those filing without the assistance of an attorney (pro se parties) are advised that forms and time frame requirements will be difficult to follow and may result in problems in processing the case. Moreover, federal law prohibits employees of the Bankruptcy Court Clerk's Office from providing legal advice to the public.

1. The following documents will not be accepted for filing, unless otherwise authorized:
   1. A petition not accompanied by the proper filing fee (Local Bankruptcy Rule 1002-1);
      1. Acceptable forms of payment include cash, money order or cashier's check made payable to Clerk, U.S. Bankruptcy Court.
      2. Personal checks and credit cards are not acceptable.
      3. The Clerk's Office does not provide change; therefore, the exact payment due must be remitted.

   2. A petition presented for filing on behalf of a person or entity subject to an order enjoining such person or entity from filing the petition (Local Bankruptcy Rule 1002-1);

   3. Any facsimile (fax) transmission (Local Bankruptcy Rule 5005-1(b)).

2. Failure to comply with the following requirements may, at the discretion of the Court, result in the issuance of a Notice of Filing Deficiency, an Order to Appear and Show Cause, or a document not being accepted for filing:

   Except as otherwise provided, all documents presented for filing by the following persons or entities must be filed electronically through the Court's Electronic Case Filing System:

   1. Documents Filed in Paper Format
      1. For a bankruptcy petition or adversary complaint filed in paper format, the debtor or plaintiff, or counsel for debtor or plaintiff, must appear in person at the appropriate Clerk's Office to file the petition or complaint.
      2. When appearing at the Clerk's Office, the debtor or plaintiff must provide sufficient identification, which includes a current driver's license, government ID card, passport, or state-issued ID card.
      3. If co-debtors or co-plaintiffs intend to file a joint case, both codebtors or co-plaintiffs (husband and wife) must be present at the Clerk's Office.
      4. An exception to the above requirements will be permitted if the debtor or plaintiff has executed a power of attorney. In such cases the holder of the power of attorney may file the petition or complaint on behalf of the debtor or plaintiff after presenting the power of attorney document and sufficient identification at the Clerk's Office.
      5. All documents presented for filing or lodging in paper format:
         1. Must be printed, typewritten, or hand printed in ink on 8½ x 11 inch white paper;
         2. Must be prepared on only one side of the document. No duplex or double-sided printing will be accepted, and;
         3. Must not be pre-punched. (Local Bankruptcy Rule 5005-1(a))

   2. Documents Filed Electronically
      1. Attorneys
      2. Trustees
      3. ECF-registered creditors
      4. ECF-registered professional persons
      5. Creditors not represented by an attorney who file more than 25 proofs of claim in any 12-month period. (Local Bankruptcy Rule 5005-4(a); ECF Administrative Procedures Manual, Section I A 2; Notice to Attorneys Concerning Paper Filings)

3. List of Creditors (Mailing Matrix): Filings in Paper Format

   Unless otherwise ordered by the Court, all petitions filed in paper format must be accompanied by a list of creditors listing creditors and parties in interest. Lists of creditors must comply with the following technical standards:

   1. Each address must not exceed 5 lines of type.
   2. Each list of creditors page must be prepared showing creditors in a single column no closer than 1½ inches from any edge.
   3. Each line of type must not exceed 40 characters.
   4. Addresses must not contain account numbers or other internal creditor identifying codes.
   5. The last line within each address must show only the city, state, and zip code.
   6. Only two-letter state abbreviations must be used.

7. Lists of creditors must be submitted in a font supported by the Bankruptcy Noticing Center (BNC), which includes Courier (Regular, Bold, Oblique, and Bold Oblique), Helvetica (Regular, Bold, Oblique, and Bold Oblique), Arial (Regular, Bold, Italic, and Bold Italic), Times (Regular, Bold, Italic, and Bold Italic), Times New Roman (Regular, Bold, Italic, and Bold Italic), Symbol, and ZapfDingbats. (Local Bankruptcy Rule 1007-2(b)(2))

4. List of Creditors (Mailing Matrix): Electronic Filings
   1. Attorneys filing new petitions or creditor amendments via electronic case filing are required to file a List of Creditors with the petition or amendment and upload creditor mailing data as part of the electronic filing procedure in accordance with the ECF Administrative Procedures Manual (Local Bankruptcy Rule 1007-2(b)(1)).

5. Local and National Forms

Except as otherwise provided, the following documents must be submitted on forms available from the Clerk:

1. Requests for unclaimed funds (Local Bankruptcy Rule 3011-1)
2. Motions for relief from stay (Local Bankruptcy Rule 4001-1(a))
3. Motions for abandonment of property (Local Bankruptcy Rule 6007-1)
4. Cover sheets for adversary proceedings for complaints that are not filed electronically (Local Bankruptcy Rule 7003-1)
5. Requests for a Court order for money to be deposited by the Clerk into an interest-bearing account (Local Bankruptcy Rule 7067-1(a))
6. Requests for a Court order for the withdrawal and disbursement of funds that have been invested by the Court (Local Bankruptcy Rule 7067-1(b))
7. Requests for an order redacting from a Court filing any personal identifiers (Local Bankruptcy Rule 9037-1).

6. Motions, Briefs, and Memoranda of Law
   1. A motion or application tendered for filing must be accompanied by a certificate of service and a notice that any objection must be filed within a certain period of time (Local Bankruptcy Rule 9013-1(a); Local Bankruptcy Rule 9013-3).
   2. No motion or response thereto may exceed 20 pages in length, exclusive of appendices, without leave of Court. Font size, including footnotes, must be at least 12 point. Where leave is granted, a table of contents containing a summary of all points raised must be included with the brief or memorandum (Local Bankruptcy Rule 9013-2(a)).
   3. If an unreported opinion or an opinion available only through an electronic retrieval process is cited, a copy of the opinion must be attached to the brief or memorandum, and the attachment is an exception to the 20-page limitation (Local Bankruptcy Rule 9013-2(d)).
   4. A certificate of service must be appended to and served with any document tendered for filing that is required to be served (excepting any document required to be served together with a summons). The certificate of service must be signed and must:
      1. Identify, with specificity, the document served;
      2. State the date and method of service;
      3. Identify, by name and address, each entity served, and;
      4. Contain or refer to an accompanying notice. (Local Bankruptcy Rule 9013-3; Local Bankruptcy Rule 9013-1(a))

7. Rent Escrow
   1. Any deposit of rent made by a debtor or an adult dependent of the debtor under 11 U.S.C. § 362(l)(1)(B) must be in the form of a certified check, cashier's check, or money order payable to the order of the lessor.
   2. The deposit must be delivered to the Clerk along with the petition, the certification made under 11 U.S.C. § 362(l)(1)(A), and a copy of the judgment of possession. (Local Bankruptcy Rule 4001-1(b))

8. Redaction Responsibility

All filers must redact: Social Security or taxpayer-identification numbers; dates of birth; names of minor children; and financial account numbers, in compliance with Fed. R. Bankr. P. 9037. This requirement applies to all documents filed on the public docket, including attachments.

9. Miscellaneous Requirements

Additional requirements are imposed by federal law and the rules of this Court. For more information, contact the appropriate Clerk's Office.

**Rule 2016-2  COMPENSATION OF PETITION PREPARERS**

(a)  The presumptive maximum allowable fee chargeable by a bankruptcy petition preparer in any case is $125.00.

(b)  The Clerk shall give a copy of this Rule to each pro se debtor at the time a petition is presented for filing.

(c)  Should a bankruptcy petition preparer in any individual case seek a determination that the value of services rendered exceeds $125.00, the bankruptcy petition preparer shall file a motion with the Court requesting a hearing.  The motion shall be filed within 14 days after the date of the filing of a petition.

(d)  Any bankruptcy petition preparer who charges a fee in excess of the value of services rendered shall be subject to sanctions under 11 U.S.C. § 110, including, but not limited to, the disallowance and turnover of any fee found to be in excess of the value of services rendered.

Last revised: May 16, 2011

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## CANTON OFFICE

## DEBTOR ACKNOWLEDGMENT

I acknowledge that I have received a copy of the following:

Notice regarding petition preparer information to be filled out and signed by the debtor(s) (2 pages)

Judge Kendig's notice to debtors and creditors not represented by an attorney (2 pages)

Notice Required by U.S.C. § 342(b) for Individuals Filing for Bankruptcy - Form 2010 (4 pages)

Filing Requirements (2 pages)

Local Bankruptcy Rule 2016-2 (1 page)

This debtor acknowledgment form (1 page)

A total of 12 pages was received by:


_____ Date: _11/5/2018_


_____ Date: _____